FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB - 7 2017

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| *v.* | No. 1:17-CR-30 |
| CHARLES P. RICHARDS, JR. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### CONSPIRACY

At all times relevant to this Indictment:

1. CHARLES P. RICHARDS, JR. served as the owner and/or principal of the construction companies C.P. Richards Construction Co., Inc. and C.P. Richards & Associates, Inc.

2. In an effort to obtain construction-related contracts with the City of Atlanta, Georgia, RICHARDS and Elvin R. Mitchell, Jr. (also a member of the construction industry) agreed to pay and paid an individual to obtain government contracts.

3. During the period of the conspiracy, RICHARDS paid at least $185,000 in bribe payments to said individual to obtain City of Atlanta contracts, believing that a portion of the money would be paid to city officials who exercised influence over the contracting process.

4. During the same period, RICHARDS and Mitchell received lucrative government construction contracts with the City of Atlanta.

## Bribery

5.  Beginning on a date unknown, but at least from in or about 2010 to in or about August 2015, in the Northern District of Georgia, defendant CHARLES P. RICHARDS, JR. knowingly and willfully conspired, agreed, and had a tacit understanding with another person, to corruptly give and offer a thing of value to an individual intending to influence and reward an agent of the City of Atlanta (a local government that received benefits in excess of $10,000 in federal assistance in each one-year period listed above), in connection with a transaction and series of transactions relating to the City of Atlanta that involved at least $5,000, in violation of Title 18, United States Code, Section 666(a)(2).

6.  In furtherance of the bribery conspiracy, RICHARDS committed the following overt acts (among others) in the Northern District of Georgia:

   a.  On or about January 29, 2013, RICHARDS wrote a $20,000 check in for payment to obtain a City of Atlanta contract.

   b.  On or about January 15, 2014, RICHARDS wrote a $15,000 check as payment to an individual to receive a City of Atlanta contract.

   c.  On or about March 27, 2014, RICHARDS wired approximately $50,000 as payment to an individual to receive a City of Atlanta contract.

   d.  On or about June 26, 2015, RICHARDS wrote a $12,000 check as payment to an individual to receive a City of Atlanta contract.

e. On or about August 7, 2015, RICHARDS wrote a $30,000 check as payment to an individual to receive a City of Atlanta contract.

All in violation of Title 18 United States Code, Section 371.

JOHN A. HORN
*United States Attorney*

KURT R. ERSKINE
*First Assistant United States Attorney*
Georgia Bar No. 249953

JEFFREY W. DAVIS
*Assistant United States Attorney*
Georgia Bar No. 426418

600 U.S. Courthouse ▪ 75 Ted Turner Drive, SW
Atlanta, GA 30303 ▪ 404-581-6000